JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA PECHERSKAYA (SBN 269086)
ppecherskaya@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlaw.com
HAMMONDLAW, P.C.
1829 Reisterstown Rd. Suite 410
Baltimore, MD 21208
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiffs and Putative Class

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHN DOE (a pseudonym), individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AVID LIFE MEDIA, INC., an Ontario corporation, and AVID DATING LIFE, INC, an Ontario corporation dba ASHLEY MADISON,<br><br>Defendant. | Case No.: 2:15-cv-06405-PSG-AJW<br><br>**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>[Central Dist. L.R. 83-1.4] |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Central District Local Rule 83-1.4, Plaintiff John Doe ("Plaintiff") hereby provides notice to the Court of action currently pending in the United States District Court for the Northern District of Texas captioned *John Doe v. Avid Life Media, Inc.*, Case No. 3:15-cv-02750. Defendants in this action and Defendant in the Texas action are the same entities.

Plaintiffs in both actions seek relief on behalf of themselves and a class of all others similarly situated that suffered injury as a result of the breach of Defendant's online systems that resulted in the leaking of Plaintiffs' and Class Members' personal and financial information to the public. Plaintiffs in both actions allege that the breach was a result of Defendant(s) failing to take reasonable steps to safeguard Plaintiffs' and Class Members' sensitive private information, and that Defendant failed to promptly notify Plaintiffs and Class Members that their private information has been compromised after Defendant became aware of that fact.

Plaintiff in the Texas action is represented by: Ferrer Poirot & Wansbrough, 2603 Oak Lawn Avenue, Suite 300, Dallas, TX 75219; tel: 214-521-4412; and Heninger Garrison Davis LLC, PO Box 11310, 2224 1st Ave North, Birmingham, AL, 35202; tel: 205-326-3336. Defendant in the Texas action has not entered an appearance.

Dated: August 26, 2015

                                Respectfully submitted,

                                 _s/Julian Hammond_____
                                JULIAN HAMMOND (SBN 268489)
                                hammond.julian@gmail.com
                                POLINA PECHERSKAYA (SBN 269086)
                                ppecherskaya@hammondlawpc.com
                                ARI CHERNIAK (SBN 290071)
                                ari.cherniak@gmail.com
                                HAMMONDLAW, P.C.
                                1829 Reisterstown Rd. Suite 410
                                Baltimore, MD 21208
                                (310) 601-6766
                                (310) 295-2385 (Fax)

                                Attorneys for Plaintiffs and Putative Class