JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA PECHERSKAYA (SBN 269086)
ppecherskaya@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlaw.com
HAMMONDLAW, P.C.
1829 Reisterstown Rd. Suite 410
Baltimore, MD 21208
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiffs and Putative Class

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHN DOE (a pseudonym), individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AVID LIFE MEDIA, INC., an Ontario corporation, and AVID DATING LIFE, INC, an Ontario corporation dba ASHLEY MADISON,<br><br>Defendant. | Case No.: 2:15-cv-06405-PSG-AJW<br><br>**PLAINTIFF'S NOTICE OF RELATED CASE**<br><br>[Central Dist. L.R. 83-1.3] |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Central District Local Rule 83-1.3, Plaintiff John Doe ("Plaintiff") hereby provides notice to the Court of the related action currently pending in the United States District Court for the Central District of California, captioned *J. Doe et al. v. Avid Life Media, Inc. et al.,* Case No. 8:15-cv-01347. Defendants in this action and Defendants in the related action are the same entities.

Both cases arise from the same transaction, happening or event. Plaintiffs in both actions seek relief on behalf of themselves and a class of all others similarly situated that suffered injury as a result of the breach of Defendant's online systems that resulted in the leaking of Plaintiffs' and Class Members' personal and financial information to the public. Plaintiffs in both actions allege that the breach was a result of Defendants failing to take reasonable steps to safeguard Class Members' sensitive private information despite its duty to do so, and that Defendant failed to promptly notify Plaintiffs and Class Members of the breach even after it became aware that it had occurred. As such, both actions call for determination of the same questions of law and fact, and will entail a duplication of labor if heard by different judges.

Dated:  August 26, 2015

Respectfully submitted,

 s/Julian Hammond_____
JULIAN HAMMOND (SBN 268489)
hammond.julian@gmail.com
POLINA PECHERSKAYA (SBN 269086)
ppecherskaya@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
ari.cherniak@gmail.com
HAMMONDLAW, P.C.
1829 Reisterstown, Suite 410
Baltimore, MD  21208
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiffs and Putative Class